IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DR. KENNETH TAYLOR,** | : | CIVIL ACTION NO. 1:20-CV-1363 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| **DERRY TOWNSHIP SCHOOL DISTRICT; DONNA CRONIN**, in her individual capacity; **LINDSAY DREW**, in her individual capacity; **MARIA MEMMI**, in her individual capacity; **KATHY SICHER**, in her individual capacity; **TERRY SINGER**, in his individual capacity; **TRICIA STEINER**, in her individual capacity; **DAVID OBENSTINE**, in his individual capacity; **JOHN/JANE DOE 1-10**, fictitious individuals; and **ABC ENTITIES 1-10**, fictitious entities, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 26th day of May, 2023, upon consideration of defendant Donna Cronin's motion (Doc. 108) to disqualify Gary H. Dadamo, Esquire, and his firm from participation in the above-captioned matter, and the parties' respective briefs in support thereof and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The motion (Doc. 108) to disqualify is DENIED.

2. The parties shall forthwith meet, confer, and make best efforts to promptly ensure all discovery materials are fully disseminated to the relevant parties and, if appropriate, make the witnesses deposed prior to the entry of appearance of Thomas W. Garvey, Esquire, successor counsel to Cronin, available for supplemental depositions.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania